# United States Court of Appeals for the Fifth Circuit

————————

No. 24-40379
Summary Calendar

————————

United States Court of Appeals
Fifth Circuit

**FILED**

February 18, 2025

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Eddy Johan Coopmans,

*Defendant—Appellant*.

———————————————————————

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:19-CR-207-2

———————————————————————

Before Smith, Stewart, and Duncan, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Eddy Coopmans has moved to withdraw and has filed a brief per *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Coopmans has not filed a response.

The timeliness of Coopmans's notice of appeal does not present a jur-

————————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-40379

isdictional impediment, so we pretermit the issue. *See United States v. Martinez*, 496 F.3d 387, 388–89 (5th Cir. 2007).

We have reviewed counsel's brief and relevant portions of the record. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.